IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

IRIS DELIA SIERRA BONILLA

CASE NO. 19-07139-ESL

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 3 years

2. The liquidation value of the estate is $: to be determined

3. The general unsecured pool is $: 0.00

PLAN DATE: December 06, 2019   PLAN BASE: $22,500.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 2/7/2020

☐ FAVORABLE    [X] UNFAVORABLE

**1. [X] INSUFFICIENTLY FUNDED § 1325(b):**

Plan has not sufficient funds to pay 100% plus legal interest of general unsecured creditors.

**2. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

Debtor income from rented real property located at Aguas Buenas in amount of $1,729.00 monthly, has not been listed in SCMI nor SOFA disclose income from rent.

**3. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

(1) Plan does not comply with the best interest of creditors test. (2) Debtor has interest over an inheritance from her father; Property located at Cayey, behind Hospital Menonita; allegedly, property is under the name of debtor's father and his wife (not debtor's mother), devised between debtor and 10 additional siblings. Debtor to provide value.

**4. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

Plan does not provide for CRIM claim #2.

**[X] OTHER:**

Debtor received rent income since January 2007; Debtor need to provide evidence of filing of 2015 thru 2018 Income Tax Returns. Also, provide Provide IVU Registration.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty:   <u>ROBERTO FIGUEROA</u>

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA