IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

IRIS DELIA SIERRA BONILLA

DEBTOR

CASE NO. 19-07139 ESL

CHAPTER 13

*******************************************

## DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

NOW COMES, **IRIS DELIA SIERRA BONILLA,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On December 06, 2019, the Debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The Debtor, Iris Delia Sierra Bonilla, respectfully requests that the present Chapter 13 bankruptcy case be voluntarily dismissed. 11 U.S.C. §1307.

3. There have been no prior cases and no prior conversions.

**WHEREFORE,** the petitioner Iris Delia Sierra Bonilla, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case.

**IT IS HEREBY CERTIFIED**, that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; US Trustee's Office; and to all CM/ECF participants; I also certify that a copy of this motion was sent via regular US Postal Mail to: Iris Delia Sierra Bonilla, PO Box 370412 Cayey PR 00737, the Debtor in the present case, and to all creditors and parties in interest (CM/ECF non-participants) appearing in the attached master address list.

Page -2-
Notice of Voluntary Dismissal
Case no. 19-07139 ESL13

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 11th day of June, 2020.

/s/Roberto Figueroa Carrasquillo
USDC 203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699; 787-963-7699
FAX 787-746-5294
Email: rfc@rfigueroalaw.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones, habiendo sido advertida por mi abogado de las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 11 de junio de 2020.

_____
**IRIS DELIA SIERRA BONILLA**

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.      CARICO INTERNATIONAL INC
0104-3                                  Jose V Toledo Fed Bldg & US Courthouse    2851 CYPRESS CREEK ROAD
Case 19-07139-ESL13                     300 Recinto Sur Street, Room 109          FORT LAUDERDALE FL 33309-1781
District of Puerto Rico                 San Juan, PR 00901-1964
Old San Juan
Thu Jun 11 10:27:16 AST 2020

CRIM                                    Carico International                      FIRSTBANK MORTGAGE DIVISION (475)
PO BOX 195387                           2851 W Cypress Creek Rd                   PO BOX 9146
SAN JUAN, PR 00919-5387                 Fort Lauderdale, FL 33309-1781            SAN JUAN, PR 00908-0146


Firstbank Puerto Rico                   ALEJANDRO OLIVERAS RIVERA                 IRIS DELIA SIERRA BONILLA
PO Box 11856                            ALEJANDRO OLIVERAS CHAPTER 13 TRUS        PO BOX 370412
San Juan, PR 00910-3856                 PO BOX 9024062                            CAYEY, PR 00737-0412
                                        SAN JUAN, PR 00902-4062


MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO             End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)          PO BOX 186                                Mailable recipients    10
OCHOA BUILDING                          CAGUAS, PR 00726-0186                     Bypassed recipients     0
500 TANCA STREET SUITE 301                                                        Total                  10
SAN JUAN, PR 00901
```